| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
April 12, 2021
Nathan Ochsner, Clerk

Paul Conway, §
§
　　　　　Plaintiff, §
§
versus § Civil Action H-20-4355
§
Midland Credit Management, Inc., et al., §
§
　　　　　Defendants. §

# Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice. (14)

2. The court retains jurisdiction to enforce the settlement.

Signed on April 12, 2021, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge